Chad OLSON, Respondent,

v.

SHORT STOP ELECTRIC
and Meridian Insurance
Company, Relators.

No. C0–99–1856.

Supreme Court of Minnesota.

Dec. 22, 1999.

James R. Waldhauser, Cousineau, McGuire & Anderson, Chartered, Minneapolis, for relators.

David C. Sandberg, Butts, Sandberg & Schneider, Forest Lake, for respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed October 7, 1999, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:
K.A. Blatz
K.A. Blatz
Chief Justice

---

Anita R. STUTE, Respondent,

v.

TOM THUMB FOOD MARKETS,
et al., Relators.

No. C7–99–1725.

Supreme Court of Minnesota.

Dec. 22, 1999.

Michael D. Miller, Nancy E. Lamo, McCollum, Crowley, Vehanen, Moschet & Miller, Ltd., Bloomington, for relators.

Lawrence C. Miller, Miller & Hipp, P.L.L.P., Minneapolis, for respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed September 9, 1999, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $400 in attorney fees.

BY THE COURT:
J.E. Lancaster
J.E. Lancaster
Associate Justice